IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


MICHAEL C. TIERNEY,

     Plaintiff,

v.                                                       1:14cv40-WS

UNKNOWN DENTIST,

     Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation

docketed March 26, 2014.  See Doc. 6.  The magistrate judge recommends that the

plaintiff's complaint and this case be dismissed under the three strikes provision of

28 U.S.C. § 1915(g).  The plaintiff has filed objections (doc. 7) to the magistrate

judge's report and recommendation.

Having reviewed the record, the court has determined that the magistrate

judge's report and recommendation should be adopted.  Accordingly, it is

ORDERED:

1.  The magistrate judge's report and recommendation (doc. 6) is hereby

ADOPTED and incorporated by reference into this order.

2.  The plaintiff's complaint and this action are DISMISSED WITHOUT

PREJUDICE pursuant to 28 U.S.C. § 1915(g).

3.  All pending motions are DENIED.

4.  The clerk shall enter judgment stating: "All claims are dismissed without

prejudice."

5.  The clerk shall note on the docket that this cause was dismissed pursuant

to 28 U.S.C. § 1915(g).

DONE AND ORDERED this ___2nd___ day of ___April___, 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE